Charles S. **BUCHTER**, Petitioner,

v.

**ULSHAFER ASSOCIATES, INC.** and Archie J. Ulshafer, Jr., Respondents.

Supreme Court of Pennsylvania.

May 29, 1998.

## ORDER

PER CURIAM:

AND NOW, this 29th day of May, 1998, the Petition for Allowance of Appeal is hereby **GRANTED**, the Order of the Superior Court is **REVERSED**, and the matter is **REMANDED** to the Court of Common Pleas of Berks County consistent with this Court's opinion in *Marino v. Hackman,* —— Pa. ——,

710 A.2d 1108 (1998) and *Shope v. Eagle,* —— Pa. ——, 710 A.2d 1104 (1998).